UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| SHANNON S. HADDON | ) | Case No. 19-13094-MSH |
|    Debtor | ) | |

-----------------------------------------------

## MOTION OF DEBTOR FOR DISMISSAL

To the Honorable Melvin S. Hoffman, Bankruptcy Judge:

    Now comes the Debtor in the above captioned case and pursuant to 11 U.S.C. 1307(b), requests that this Court dismiss this case. This case has not been converted under Section 706, 1112 or 1208 of this Title.

    WHEREFORE, the Debtor requests that this Court enter an Order dismissing this case.

    Shannon S. Haddon
    By his Counsel,

Dated: September 22, 2020    /s/Gary W. Cruickshank, Esq.
    21 Custom House Street, Suite 920
    Boston MA 02110
    (617)330-1960
    (BBO107600)
    gwc@cruickshank-law.com

1

CERTIFICATE OF SERVICE

I, Gary W. Cruickshank, hereby certify that on September 22, 2020, I electronically filed with the Clerk of the Bankruptcy Court, the foregoing Motion and served same in the following manner upon the interested parties:

Email service: via the Court's CM/ECF system which sent notification of such filing to the following:

- **Carolyn Bankowski-13-12**     13trustee@ch13boston.com
- **Andrew Cannella**     bkecf@bmpc-law.com
- **John Fitzgerald**     USTPRegion01.BO.ECF@USDOJ.GOV
- **Stephen C Garabedian**     Stephen@garabedianlaw.net
- **David T. Mazzuchelli**     mazzucheld@dor.state.ma.us
- **Michael E. Swain**     mswain@dhnewengland.com, bankruptcy@dhnewengland.com

And by regular United States mail, postage prepaid upon all creditors on the annexed list:

/s/Gary W. Cruickshank, Esq.

**Daniel M.D. Drinkwater as adm of estate**
of Patricia Waterhouse
106 Hoffman Road
Flemington, NJ 08822

**Horizon Beverage Co.**
45 Commerce Way
Norton, MA 02766

**Horizon Beverage Co.**
c/o Stephen Garabedian, Esq.
500 West Cummings Park, Suite 2425
Woburn, MA 01801

**Joseph M. Guay**
PO Box 1294
Nantucket, MA 02554

**Nantucket Bank/Sovereign/Santander**
1130 Berkshire Blvd.
Reading, PA 19610

**Santander Bank**
450 Penn Street
Mail Code 10-421-MC3
Reading, PA 19602

**Santander Bank**
c/o Bendett & McHugh
270 Farmington Avenue, Ste. 151
Farmington, CT 06032

**Scott W. Anderson dba The Anderson Co.**
c/o James T. Ranney, Esq.
4 Thirty Acres Lane
Nantucket, MA 02554

**Tom Hanlon Lanscaping Inc.**
2 Greglen Avenue
Nantucket, MA 02554

**Town of Nantucket**
Box 1294
Nantucket, MA 02554

**American Express National Bank**
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

**Mass. Dept. of Revenue**
Attn: Bankruptcy Unit
PO Box 9564
Boston MA 02114-9564

**Verizon by American InfoSource as agent**
4515 N Santa Fe Ave
Oklahoma City, OK 73118